UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00426-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

TODD VERNON SUTTON,

       Defendant.

---

**ORDER AND NOTICE OF HEARING**

---

       **IT IS HEREBY ORDERED** that a Violation of Probation Hearing will be held on **June 29, 2006 at 4:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

       DATED this 24th day of May, 2006.

                                  **BY THE COURT:**

                                  */s/ Marcia S. Krieger*

                                  Marcia S. Krieger
                                  United States District Judge