**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 04-cr-00426-MSK

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

TODD VERNON SUTTON,

                Defendant.

**ORDER CONTINUING SUPERVISED RELEASE AND MODIFYING THE CONDITIONS
OF SUPERVISED RELEASE**

      This matter came before the Court upon the Petition for Issuance of Summons for violation of Supervised Release Conditions (**#6**). After consideration of the evidence and arguments presented at two hearings ( 6/29/06 and 7/17/06) concerning same, the Court finds that the defendant admits to violating the terms and conditions of his supervision as set forth in the Petition.  Having considered the factors and objective set forth in 18 U.S. C. 3553(a),  it is

      ORDERED that the defendant's supervised release be continued subject to all conditions that were previously ordered by the Court.

      It is FURTHER ORDERED that the defendant shall comply with the additional conditions as follows:

            The defendant shall reside in a residential reentry center for a period of 180 days, to commence upon availability of bed space, and shall observe the rules of that facility.

            The defendant shall abstain from the use of alcohol.

            Dated this 20th day of _July, 2006.

                              **BY THE COURT:**

                              *Marcia S. Krieger*
                              _____

                              Marcia S. Krieger
                              United States District Judge