UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. TODD VERNON SUTTON                    Docket Number: 04-cr-00426-MSK-01

**Petition for Issuance of Summons Due to Violations of Supervised Release**

COMES NOW, Marcee Fox, probation officer of the court, presenting an official report upon the conduct and attitude of Todd Vernon Sutton who was placed on supervision by the Honorable Dennis W. Shedd sitting in the court at Columbia, South Carolina, on the 16th day of May, 2000, who fixed the period of supervision at five years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a program of alcohol and drug testing and treatment as directed by the U.S. probation officer and until such time as the defendant is released from the program by the probation officer or the Court.

**Jurisdiction of this case was transferred from the District of South Carolina to the District of Colorado on October 4, 2004.**

**On July 20, 2006, the defendant's conditions of supervised release were modified to include the following:**

2. The defendant shall reside in a community corrections center for a period of 180 days to commence upon availability of bed space, and shall observe the rules of that facility.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the issuance of a summons for the defendant to appear at a supervised release violation hearing.

ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 5th day of April, 2007, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | S/Marcee Fox |
| | Marcee Fox |
| | Senior Probation Officer |
| s/Marcia S. Krieger | |
| Marcia S. Krieger | Place: Denver, Colorado |
| District Court Judge | |
| | Date: April 3, 2007 |

ATTACHMENT

On June 16, 2004 and on November 28, 2005, the conditions of supervised release were read and explained to the defendant. On the same dates, he acknowledged in writing that the conditions were read to him, that he fully understood the conditions, and that he was provided with a copy of them. The term of supervised release commenced on June 10, 2004. The defendant was released from the residential reentry center on January 30, 2007.

The defendant has committed the following violations of supervised release:

1.) **POSSESSION AND USE OF A CONTROLLED SUBSTANCE**:

On or about February 25, 2007, the defendant used or administered a controlled substance, cocaine, which had not been prescribed to him by a physician. This constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On February 25, 2007, the defendant submitted a random urine specimen at Correctional Management Inc. (CMI). This specimen tested positive for the use of cocaine at 346 ng/mL. On March 14, 2007, the probation officer met with the defendant and he admitted that he had used cocaine.

2.) **FAILURE TO PARTICIPATE IN URINE TESTING AS DIRECTED BY THE PROBATION OFFICER**:

The defendant failed to submit random urine specimens at CMI on March 17, 2007 and April 1, 2007. This constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On January 29, 2007, the defendant was directed to go to CMI on January 31, 2007, to begin submitting random urine specimens and attend individual relapse prevention therapy twice per month. On March 14, 2007, the defendant asked if he could provide a urine specimen at a treatment agency in Glenwood Springs, Colorado, if he chose to travel to Vail, Colorado, the following weekend. The defendant was told that he could not do so because he was only authorized to submit urine specimens at CMI. On Monday, March 19, 2007, I received notice that the defendant failed to provide a urine sample on Saturday, March 17, 2007. I also received a voice message from the defendant stating that he knew I would be angry, but he provided a urine specimen in Glenwood Springs over the weekend. This urine specimen was not authorized and not paid for by the probation office. The defendant subsequently missed a random urine specimen on Sunday, April 1, 2007.

3.) **FAILURE TO PARTICIPATE IN DRUG TREATMENT AS DIRECTED BY THE PROBATION OFFICER**:

The defendant failed to participate in drug treatment at CMI on February 21, 2007 and March 26, 2007. This constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On February 21, 2007, the defendant was scheduled to attend individual relapse prevention therapy at CMI and failed to report for his appointed time. On March 14, 2007, after discussing the defendant's most recent positive urine specimen for cocaine, his individual treatment was increased to weekly sessions. Subsequently, the defendant failed to report to CMI for a scheduled treatment session on March 26, 2007. He left the probation officer a voice message that he did not know his appointment time.