UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00426-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TODD VERNON SUTTON,

        Defendant.

---

### ORDER AND NOTICE OF HEARING

**IT IS HEREBY ORDERED** that a Supervised Release Violation Hearing will be held on **June 11, 2007 at 3:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 20th day of April, 2007.

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____
        Marcia S. Krieger
        United States District Judge