PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. TODD VERNON SUTTON             Docket Number: 04-cr-00426-MSK-01

**Amended Petition for Violations of Supervised Release**

COMES NOW, Marcee Fox, probation officer of the court, presenting an official report upon the conduct and attitude of Todd Vernon Sutton who was placed on supervision by the Honorable Dennis W. Shedd sitting in the court at Columbia, South Carolina, on the 16th day of May, 2000, who fixed the period of supervision at five years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a program of alcohol and drug testing and treatment as directed by the U.S. probation officer and until such time as the defendant is released from the program by the probation officer or the Court.

**Jurisdiction of this case was transferred from the District of South Carolina to the District of Colorado on October 4, 2004.**

**On July 20, 2006, the defendant's conditions of supervised release were modified to include the following:**

2. The defendant shall reside in a community corrections center for a period of 180 days to commence upon availability of bed space, and shall observe the rules of that facility.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER that the petition dated April 3, 2007, be amended to include an additional violation of supervised release.

ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 22nd day of May, 2007, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/Marcee Fox |
| | Marcee Fox |
| | Senior Probation Officer |
| s/Marcia S. Krieger | |
| Marcia S. Krieger | Place: Denver, Colorado |
| District Court Judge | |
| | Date: May 21, 2007 |

ATTACHMENT

4.)   **POSSESSION AND USE OF A CONTROLLED SUBSTANCE**:

On or about May 10, 2007, the defendant used or administered a controlled substance, cocaine, which had not been prescribed to him by a physician. This constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On May 10, 2007, the defendant submitted a random urine specimen at Correctional Management Inc. (CMI). This specimen tested positive for the use of cocaine at 288 ng/mL.