UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00426-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TODD VERNON SUTTON,

    Defendant.

---

### ORDER GRANTING MOTION TO CONTINUE REVOCATION HEARING
---

**THIS MATTER** comes before the Court pursuant to the Defendant's Motion to Continue Revocation Hearing **(# 27)**. The Motion is **GRANTED**. The hearing set for June 11, 2007 is **VACATED**, and is **RESET** for **Friday, July 27, 2007** at **8:30 a.m.**

Dated this 5th day of June, 2007

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge