UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00426-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TODD VERNON SUTTON,

        Defendant.

## ORDER GRANTING MOTION TO RESET REVOCATION HEARING

THIS MATTER is before the Court on the Motion for Change of Date for Revocation Hearing **(#29).** The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#29) is GRANTED.** The Revocation hearing currently set for **July 27, 2007 is VACATED.** Counsel for both parties and Probation Officer Marcee Fox shall jointly telephone chambers at 303-335-2289 no later than 10 days from the date of this order to reset the hearing.

Dated this 12th day of June, 2007

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____

        Marcia S. Krieger
        United States District Judge