UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00426-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TODD VERNON SUTTON,

    Defendant.

___

**ORDER RESETTING REVOCATION HEARING**
___

    Pursuant to the agreement of the parties,

    **IT IS ORDERED** that the revocation hearing in this matter is **RESET** for **July 31, 2007 at 4:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    Dated this 22nd day of June, 2007

                        **BY THE COURT:**

                        *[signature]*

                        Marcia S. Krieger
                        United States District Judge