# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

TODD VERNON SUTTON
a/k/a Vernon Todd Sutton

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation of Supervised Release**)

Case Number:  04-cr-00426-MSK-01

USM Number:  96291-071

Warren R. Williamson, AFPD
(Defendant's Attorney)

**THE DEFENDANT:**  Admitted guilt to violations 1, 2, 3, and 4, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 02/25/07 |
| 2 | Failure to Participate in Urine Testing as Directed by the Probation Officer | 04/01/07 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

July 31, 2007
Date of Imposition of Judgment

s/Marcia S. Krieger
Signature of Judge

Marcia S. Krieger, U.S. District Judge
Name & Title of Judge

August 2, 2007
Date

DEFENDANT:  TODD VERNON SUTTON
CASE NUMBER:  04-cr-00426-MSK-01                          Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Participate in Drug Treatment as Directed by the Probation Officer | 03/26/07 |
| 4 | Possession and Use of a Controlled Substance | 05/10/07 |

DEFENDANT:  TODD VERNON SUTTON
CASE NUMBER:  04-cr-00426-MSK-01                                    Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of five (5) months.

The defendant shall surrender for service of sentence at the institution designated by the United States Bureau of Prisons within five days of the date of designation.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By_____

DEFENDANT:  TODD VERNON SUTTON
CASE NUMBER:  04-cr-00426-MSK-01                                          Judgment-Page 4 of 3

Deputy United States Marshal

DEFENDANT:  TODD VERNON SUTTON
CASE NUMBER:  04-cr-00426-MSK-01                                          Judgment-Page 4 of 3